135 A.3d 578

**PG PUBLISHING COMPANY, INC. d/b/a the Pittsburgh Post–Gazette,** Appellant

v.

**GOVERNOR'S OFFICE OF ADMINISTRATION and the Pennsylvania Department of Education,** Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

## ORDER

PER CURIAM.

AND NOW, this 25th day of April, 2016, Appellant's Application for Oral Argument is **DENIED**, Amicus' Application for Oral Argument is **DENIED**, and the Order of the Commonwealth Court is hereby **AFFIRMED**.